# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## Case Number 3:12-CV-00467-RJC-DCK

| | | |
|---|---|---|
| J&J Sports Productions, Inc | ) | |
| **Plaintiff** | ) | |
| | ) | |
| Vs. | ) | **DEFAULT JUDGMENT** |
| | ) | |
| Jose Gualberto Tejada; Lourdes, Inc. | ) | |
| **Defendant** | ) | |

THIS CAUSE COMING BEFORE THE COURT for entry of a default judgment by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of the Plaintiffs for entry of default judgment against Jose Gaulberto Tejada, individually and d/b/a El Gavilan; and Lourdes, Inc., a business entity d/b/a El Gavilan.

IT APPEARING TO THE COURT that the named Jose Gaulberto Tejada, individually and d/b/a El Gavilan; and Lourdes, Inc., a business entity d/b/a El Gavilan is in default for failing to plead or otherwise defend this action as required by law.

NOW THEREFORE, default is hereby entered against Defendant's Jose Gaulberto Tejada, individually and d/b/a El Gavilan; and Lourdes, Inc., a business entity d/b/a El Gavilan in the amount of $2,600.

January 16, 2013

*Frank G. Johns* (signature)
Frank G. Johns, Clerk
United States District Court